# SIMMONS JANNACE DELUCA, LLP

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Max A. Angstadt
Marcus Brown
Irina Feferman*
Rachel Gergely
Michael C. Hayes
Thomas J. Jannace
Matthew C. Maloney
Patrick J. Morganelli
Scott H. Wertheimer

ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Counsel

Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

April 22, 2025

**VIA ECF**
Honorable District Judge Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  Drammeh, Musu K. v. Marshalls of MA, Inc., The TJX
            Companies, Inc., The Marmaxx Group, Inc. and Marmaxx
            Operating Corporation
            Civil Action No.: 24-CV-06357-MMG
            Our File No.: 598-9730

Dear Honorable Judge Garnett:

    This office represents Defendants, Marshalls of MA, Inc., and
The TJX Companies, Inc., i/s/h/a Marshalls of Ma, Inc., The TJX
Companies, Inc., The Marmaxx Group, Inc., and Marmaxx Operating
Corporation (collectively, "Defendants"), in the above-referenced
matter. Please allow this letter to serve as a joint request for
an order temporarily staying all remaining discovery deadlines
while the parties engage in alternative dispute resolution.

    The parties have agreed to private mediation with Joseph L.
Ehrlich, Esq., of National Arbitration and Mediation. The
mediation is scheduled for June 5, 2025. This represents the
earliest date that all sides, and the mediator, are available for
mediation.

    Both sides are cautiously optimistic that a resolution can be
reached, thereby avoiding the need for further discovery and its
associated costs. Accordingly, the parties respectfully request
that all remaining discovery deadlines be temporarily stayed

Honorable District Judge Margaret M. Garnett
April 22, 2025
Page 2


pending the outcome of the upcoming mediation. In the event a
settlement cannot be brokered with the assistance of Mr. Ehrlich,
the parties should be in a position to complete the fact and expert
discovery necessary to get this matter ready for trial and/or
dispositive motion practice in relatively short order.

   Counsel joins in the entirety of the application as outlined
herein. Thank you for the opportunity to address the court in this
matter.

                              Very truly yours,

                              /s/ Michael C. Lamendola
                              Michael C. Lamendola

MCL:
944390

cc: All counsel of record via ECF

> GRANTED.  All remaining discovery deadlines
> are hereby STAYED pending the outcome of
> the parties' upcoming mediation.  The parties
> shall submit a joint status letter on the outcome
> of the mediation by **June 12, 2025**.
>
> SO ORDERED.  Dated April 24, 2025.
>
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISCTRICT JUDGE